UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIRACLE SULLIVAN,

               Plaintiff,

    -against-

DUTCHESS COUNTY COMMUNITY
FAMILY SERVICES, ET AL.,

              Defendants.

25 CIVIL 006099 (LTS)

## CIVIL JUDGMENT

For the reasons stated in the June 24, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962).

    SO ORDERED.

Dated:   June 25, 2026
         New York, New York

                          /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
              Chief United States District Judge